UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------------x
WILLIAM TOBIN,

                Plaintiff,

    -against-

BARKER STEEL COMPANY, INC.,

                Defendant.
------------------------------------------------------------------------------x

**APPEARANCE**

CV 07-5951

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for

    Plaintiff, WILLIAM TOBIN.

    I certify that I am admitted to practice in this court.

Dated:  New York, New York
         August 21, 2007

                                                    Yours, etc.

                                                    HOWARD R. SANDERS, ESQ.
                                                    Attorney for Plaintiff
                                                    60 East 42nd Street
                                                    Suite 863
                                                    New York, New York 10165
                                                    Phone Number (212) 983-5151
                                                    Fax Number (212) 983-5151

TO:

CHARLES J. SIEGEL, ESQ.
Attorneys for Defendant
BARKER STEEL COMPANY, INC.,
40 Wall Street
New York, New York 10016

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------------x
WILLIAM TOBIN,

                Plaintiff,

    -against-

BARKER STEEL COMPANY, INC.,

                Defendant.
-----------------------------------------------------------------------------x

**AFFIRMATION**

CV 07-5951

STATE OF NEW YORK   )
                             ss:
COUNTY OF NEW YORK  )

HOWARD R. SANDERS, an attorney at law, duly admitted to practice in the Courts of the State of New York, affirms the following under the penalties of perjury:

That on the 21st day of August, 2007 deponent served the within APPEARANCE upon the persons named below by depositing a true copy of the same enclosed in a postpaid properly addressed wrapper in an official depository under the exclusive care and custody of the United States Post Office Department within the State of New York and directed to the said persons at the address(es) indicated below, such address(es) being the address(es) designated by said persons for that purpose:

TO:

CHARLES J. SIEGEL, ESQ.
Attorneys for Defendant
BARKER STEEL COMPANY, INC.,
40 Wall Street
New York, New York 10016

                                              HOWARD R. SANDERS, Esq.