107-233/PEV
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
WILLIAM TOBIN,                                               07 Civ. 5951
                                        Plaintiff,

            -against-                                        RULE 7.1 STATEMENT

BARKER STEEL COMPANY INC.,

                                        Defendant.

------------------------------------------------------------------x

        Pursuant to Rule 7.1 of the Local Civil Rules for the Southern and Eastern Districts of

New York and to enable Judges and Magistrate Judges of the Court to evaluate possible

disqualification or recusal, the undersigned counsel of record for a private (non-governmental)

party certifies that the following are corporate parents, or publicly held corporations that owns

10% or more of its stock:

                                        **<u>NONE</u>**

Dated:  New York, New York
        November 13, 2007

                                            Yours, etc.

                                            Law Offices of
                                            CHARLES J. SIEGEL
                                            Attorney for Defendant
                                            BARKER STEEL COMPANY INC.
                                            Office & P.O. Address
                                            40 Wall Street 7th Fl
                                            New York, New York 10005
                                            (212) 440-2350
                                            By:_____
                                                Peter E. Vairo (PEV-2972)

TO:

HOWARD R. SANDERS

Attorneys for Plaintiff

60 EAST 42ND STREET

Suite 863

New York, NY 10165

212-983-5151

Fax (212)983-5151

A F F I D A V I T   O F   S E R V I C E

STATE OF NEW YORK  )
COUNTY OF NEW YORK ) ss.:

       Miriam Soto, being duly sworn, deposes and says:

       That deponent is not a party to this action, is over 18 years of age and resides in Richmond County, New York, that she is a clerk in the Law Office of CHARLES J. SIEGEL, the attorneys for the defendant, BARKER STEEL COMPANY, INC. herein, that on November 13, 2007 she served the within RULE 7.1 STATEMENT upon the undersigned attorneys by mailing a true copy in a postpaid wrapper in an official depository under the exclusive care and custody of the United States Postal Service within New York City, New York directed to them at the addresses shown, heretofore designated by them for that purpose:

HOWARD R. SANDERS
ATTORNEYS FOR PLAINTIFF
60 EAST 42ND STREET
SUITE 863
NEW YORK, NY 10165

                                      _____
                                        Miriam Soto

Sworn to before me this
_____ day of November 2007