LAW OFFICES OF

# SANDERS & PEPPERMAN
NOT A PARTNERSHIP
60 EAST 42ND STREET • SUITE 863
NEW YORK, NY 10165

HOWARD R. SANDERS*
STEVEN C. PEPPERMAN

*ADMITTED IN NY & NJ

NEW JERSEY OFFICE
140 SYLVAN AVENUE
ENGLEWOOD CLIFFS, NJ 07632

November 13, 2007

**VIA FACSIMILE**

Honorable Richard J. Holwell
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/19/07



NOV 13

RE:   Tobin v. Barker Steel Company, Inc.
      Docket #: 07-CIV-5951

Dear Judge Holwell:

I represent the plaintiff in regard to the above matter.

With the consent of counsel for the defendant, Peter E. Vairo, Esq., of the Law Offices of Charles J. Siegel, request is hereby respectfully made to adjourn the Initial Conference of this matter, currently scheduled for Friday, November 16, 2007 at 10:00 a.m. No previous request for this relief has been made.

I appeared as substituted counsel for the plaintiff after the commencement of this action and I thereafter determined that an Amended Complaint was warranted. Meanwhile, defense counsel requested an extension of time to Answer any Complaint as they wished to conduct an investigation to determine if additional parties should be immediately added to expedite the prosecution of this matter. That investigation has recently concluded and no parties will be added at the present time. The defendant will Answer only plaintiffs' Amended Complaint, which will be served shortly.

Kindly inform the undersigned if any further information is needed in regard to our request.

Honorable Richard J. Holwell           -2-           November 13, 2007
Docket #: 07-CIV-5951

Thank you for your kind consideration and attention to this matter.

Respectfully submitted,

*[signature]*

HOWARD R. SANDERS

HRS: wls
cc: Peter E. Vairo, Esq.,
    Law Offices of Charles J. Siegel

*[handwritten:]* Conference adjourned to December 17, 2007 at 10:00 am

SO ORDERED

*[signature]*
USDJ 11/15/07