```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/19/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
WILLIAM TOBIN,

                        Plaintiff,                        07 Civ. 05951 ( RJH )

    - against -

                                                           **ORDER**

BARKER STEEL COMPANY, Inc ,

                        Defendants.
-----------------------------------------------------------X

        On December 17, 2007, a conference was held in this matter before the Honorable Richard J. Holwell, United States District Court for the Southern District of New York. Present before the Court were all parties represented by their attorneys. The Court entered the following Order:

    1.    All discovery shall be completed by April 11, 2008.

    2.    A pretrial conference shall be held on April 25, 2007. at 10:00 a. m. .

SO ORDERED :
Date: New York, New York:
December 17, 2007

                                                      Richard J. Holwell
                                                  United States District Judge