107-233/PEV
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
WILLIAM TOBIN and KRISTYN TOBIN,   07 Civ. 5951

                                      Plaintiffs,   **RULE 7.1 STATEMENT**

    -against-

BARKER STEEL COMPANY INC.,

                                        Defendant.

------------------------------------------------------------------------x

       Pursuant to Rule 7.1 of the Local Civil Rules for the Southern and Eastern Districts of New York and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for a private (non-governmental) party certifies that the following are corporate parents, or publicly held corporations that owns 10% or more of its stock:

**<u>NONE</u>**

Dated: New York, New York
       December 20, 2007

                                              Yours, etc.

                                              Law Offices of
                                              CHARLES J. SIEGEL
                                              Attorney for Defendant
                                              BARKER STEEL COMPANY INC.
                                              Office & P.O. Address
                                              40 Wall Street 7th Fl
                                              New York, New York 10005
                                              (212) 440-2350
                                              By:_____
                                                  Peter E. Vairo (PEV-2972)

TO:
HOWARD R. SANDERS
Attorneys for Plaintiff
60 EAST 42ND STREET
Suite 863
New York, NY 10165
212-983-5151
Fax (212)983-5151

## A F F I D A V I T   O F   S E R V I C E

STATE OF NEW YORK  )
COUNTY OF NEW YORK ) ss.:

      Miriam Soto, being duly sworn, deposes and says:

      That deponent is not a party to this action, is over 18 years of age and resides in Richmond County, New York, that she is a clerk in the Law Office of CHARLES J. SIEGEL, the attorneys for the defendant, BARKER STEEL COMPANY, INC. herein, that on December 20, 2007 she served the within RULE 7.1 STATEMENT upon the undersigned attorneys by mailing a true copy in a postpaid wrapper in an official depository under the exclusive care and custody of the United States Postal Service within New York City, New York directed to them at the addresses shown, heretofore designated by them for that purpose:

HOWARD R. SANDERS
ATTORNEYS FOR PLAINTIFF
60 EAST 42ND STREET
SUITE 863
NEW YORK, NY 10165

    _____

                                                                            Miriam Soto

Sworn to before me this
\_\_\_\_\_ day of December 2007