LAW OFFICES OF

# SANDERS & PEPPERMAN

NOT A PARTNERSHIP

60 EAST 42ND STREET · SUITE 863
NEW YORK, NY 10165

HOWARD R. SANDERS*
STEVEN C. PEPPERMAN

*ADMITTED IN NY & NJ

NEW JERSEY OFFICE
140 SYLVAN AVENUE
ENGLEWOOD CLIFFS, NJ 07632



March 31, 2008

**VIA FACSIMILE**

Honorable Richard J. Holwell
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/9/08

RE:    Tobin v. Barker Steel Company, Inc.
       Docket #: 07-CIV-5951

Dear Judge Holwell:

I represent the plaintiffs in regard to the above matter.

With the consent of counsel for the defendant, Peter E. Vairo, Esq., of the Law Offices of Charles J. Siegel, request is hereby respectfully made for a short adjournment of the conference of this matter, currently scheduled for Friday, April 25, 2008 at 10:00 a.m. No previous request for this relief has been made. A previous request to adjourn the Initial Conference was made and granted.

The date of the conference is the sole "College Day" at my son's school. He is a Junior in High School and that is the only day that college representatives come to his school to speak with the students and parents. So, if it is convenient for the court, the following Wednesday, April 30, or Thursday, May 1 would be preferred as a new date. If the court requires the conference be on a Friday, may I request May ?  16, 2008  at 10:00 a.m.

Kindly inform the undersigned if any further information is needed in regard to our request.

So ORDERED

[signature]
US D J
4/8/08

Honorable Richard J. Holwell                    -2-                    March 31, 2008
Docket #: 07-CIV-5951

Thank you for your kind consideration and attention to this matter.

Respectfully submitted,

HOWARD R. SANDERS

HRS: wls
cc: Peter E. Vairo, Esq.,
    Law Offices of Charles J. Siegel