USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/23/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x
                                              :
**WILLIAM TOBIN,**                            :   07 Civ. 05951 (RJH)
                                              :
                    Plaintiffs,               :
                                              :
        -against-                             :   **ORDER**
                                              :
**BARKER STEEL COMPANY, Inc.,**               :
                                              :
                                              :
                    Defendants.               :
                                              :
-------------------------------------------------------x

On June 20, 2008, a conference was held in this matter before the
Honorable Richard J. Holwell, United States District Court for the Southern District of New
York. Present before the Court were all parties represented by their attorneys. The Court
established the following schedule:

1.  All discovery completed by July 18, 2008.

2.  Defendant to file for motion to dismiss by September 12, 2008.

3.  Opposition papers due by October 13,. 2008.

4.  Reply papers due by October 22, 2008.

Dated: New York, New York
June 23, 2008

SO ORDERED:

Richard J. Holwell
United States District Judge